Page v. Page.

## APPEAL—DIVORCE AND ALIMONY.

[Lucas (6th) Court of Appeals, February 17, 1915.]

Chittenden, Richards and Kinkade, JJ.

MARTHA PAGE v. STANLEY G. PAGE.

**Decree for Alimony not Appealable under Amended Constitution.**
   A decree for alimony, under Art. 4, Sec. 6, of the constitution
   as amended, is not appealable.

MOTION to dismiss appeal.

*Beard & Beard,* for plaintiff.
*C. W. Meck,* for defendant.

## PER CURIAM.

A motion has been made by the defendant to dismiss the appeal in this case. The case is one pending in this court solely for the purpose of procuring an allowance of alimony. Under the new constitution, Art. 4, Sec. 6, the case is not appealable and the motion to dismiss the appeal will be granted. See *Deeds* v. *Snyder,* 59 Bull. 481; 91 Ohio St. 000; *Dewitt* v. *Dewitt,* 67 Ohio St. 340 [66 N. E. Rep. 136]; *Price* v. *Price,* 10 Ohio St. 316; *Reed* v. *Reed,* 17 Ohio St. 564.

A similar conclusion has been reached by the court of appeals in Franklin county in the unreported case of *Dodd* v. *Dodd,* decided February 2, 1915, and in cases in the court of appeals in Cuyahoga county and in other appellate districts of the state.

Appeal dismissed.